MICHAEL S. DANKO (111359)
STEPHEN J. PURTILL (100102)
KRISTINE K. MEREDITH (158243)
O'REILLY, COLLINS & DANKO
1900 O'Farrell Street, Suite 360
San Mateo, California 94403
(650) 358-5901 Telephone
(650) 358-2575 Facsimile
spurtill@oreillylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FRANCK RICHELET, | Case No.: C 04-3831 VRW |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM ARBITRATION |
| LUFTHANSA GERMAN AIRLINES, AIRBUS S.A.S., AIRBUS INDUSTRIE OF NORTH AMERICA HOLDINGS, INC. and DOES 1-5, | |
| Defendants. | |

This stipulation to remove this case from mediation is entered into by and between

plaintiff FRANCK RICHELET by and through his counsel of record, O'Reilly, Collins &

Danko; and defendant LUFTHANSA GERMAN AIRLINES by and through their counsel

of record, CONDON & FORSYTH LLP, with respect to the following:

//

-1-
STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM MEDIATION
Case No.: C 04-3831 VRW

1.  Robin Siefkin, Deputy ADR Program counsel, advises this matter remains calendered as ordered for mediation.

2.  On June 22, 2004, the MDL Panel granted certain plaintiffs' motion to consolidate the DVT actions-*In re DVT Litigation*, MDL NO.1606-before this court.

3.  The parties do not believe that mediation can occur until threshold legal issues are resolved by the Court.

IT IS HEREBY STIPULATED by and between the parties of record herein, through their respective attorneys of record, that this case should be removed from mediation.

**STIPULATED AND AGREED TO:**

DATED: July 11, 2005                O'REILLY, COLLINS & DANKO

By: _____
Stephen J. Purtill
Attorney for Plaintiff

[signatures continued on next page]

//

//

//

//

//

//

//

//

DATED: July 11, 2005                CONDON & FORSYTH LLP

                                    By: _____
                                        Kevin Sutherland
                                        Rod Margo
                                        Attorneys for Defendant
                                        LUFTHANSA GERMAN AIRLINES


                                    **ORDER**

It is so ordered.

                                    _____
                                    JUDGE VAUGHN R. WALKER
                                    UNITED STATES DISTRICT COURT